UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MAX D. TRACY,

               Plaintiff,

   v.

TRAVIS DAVIS,

               Defendant.

Case No. C22-5162-RAJ-SKV

ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME

      This is a civil rights action proceeding under 42 U.S.C. § 1983. On October 12, 2022, Defendant filed a motion for summary judgment which was noted on the Court's calendar for consideration on November 11, 2022. Dkt. 19. Plaintiff thereafter filed a motion to extend time to file a response to Defendant's motion which was noted by the Clerk for consideration on November 11, 2022, as well. Dkt. 23. Plaintiff requests therein that he be granted a sixty-day extension of time to file his response because of his limited access to legal resources at the Grays Harbor County Jail. *Id*. at 2. Defendant has not opposed Plaintiff's request.

      While the Court questions whether a two-month extension is necessary given the brevity of Defendant's pending summary judgment motion, because Defendant has not objected to the

ORDER GRANTING PLAINTIFF'S
MOTION TO EXTEND TIME - 1

extension, the Court will grant Plaintiff's request.  Plaintiff is advised, however, that the Court will not be inclined to grant any further extensions.

Based on the foregoing, the Court ORDERS as follows:

(1) Plaintiff's motion to extend time to file a response to Defendant's motion for summary judgment (Dkt. 23) is GRANTED.  Plaintiff is directed to file his response not later than ***Monday, January 2, 2023***.  Defendant's motion for summary judgment (Dkt. 19) is RENOTED on the Court's calendar for consideration on ***Friday, January 6, 2023***.

(2) The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendant, and to the Honorable Richard A. Jones.

Dated this 15th day of November, 2022.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S
MOTION TO EXTEND TIME - 2